UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM GRAIN RIVER SYSTEM, INC. | * CIVIL ACTION NO.:  13-4685 |
| AMERICAN RIVER | * |
| TRANSPORTATION CO. | * |
| AND ARCHER-DANIELS- | * JUDGE:  FELDMAN |
| MIDLAND CO. | * |
| | * MAGISTRATE:  KNOWLES |
| Plaintiff | * |
| | * SECTION:  "F"(3) |
| VERSUS | * |
| | * |
| M/V FORTUNE WING, in rem | * |
| | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION TO SET ASIDE WARRANT OF ARREST**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, ADM Grain River System, Inc., American River Transportation Co., and Archer-Daniels-Midland Co., who respectively move for an Order setting aside the Warrant of Arrest issued on the 31st day of May, 2013 (Rec. Doc. No. 5); setting aside the Order Granting the Motion for Writ of Attachment issued on the 31st day of May, 2013 (Rec. Doc. No. 4), and; setting aside the Order Granting the Motion to Allow Movement within the District and Conduct Cargo Operations issued on the 31st day of May 2013 (Rec. Doc. No. 7), on showing to the Court that the Warrant of Arrest was issued pursuant to a motion filed by Plaintiffs.

Following the issuance of the Warrant of Arrest, the owners of the M/V FORTUNE WING (IMO #9479022) provided security including a commitment to make an <u>in rem</u> appearance in the above-captioned matter; and

As a result of the providing of security, an agreement was reached whereby the M/V FORTUNE WING would not be arrested by Plaintiffs but would instead, on demand, appear in the above litigation.

As a result of the aforementioned there is no need for the Court to arrest the ship. Thus, it is appropriate for the Court to enter an Order setting aside the Warrant of Arrest; setting aside the Order Granting the Motion for Writ of Attachment, and; setting aside the Order Granting the Motion to Allow Movement within the District and Conduct Cargo Operations.

For the above and foregoing reasons, the Court should enter an Order setting aside the warrant of Arrest issued on behalf of Plaintiffs.

        Respectfully submitted,

        PREIS & ROY, PLC

        */s/ Ezra L. Finkle*
        DAVID M. FLOTTE (#1364)
        EZRA L. FINKLE (#32139)
        Pan American Life Center
        601 Poydras Street, Suite 1700
        New Orleans, Louisiana 70130
        Tel:  (504) 581-6062
        Fax:  (504) 522-9129
        E-mail:  DMF@preisroy.com
                      ELF@preisroy.com

>Attorneys for ADM GRAIN RIVER SYSTEM, INC., AMERICAN RIVER TRANSPORTATION CO., & ARCHER-DANIELS-MIDLAND CO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in accordance with Local Rule 5.4, a copy of the foregoing has this date been served upon Michael Butterworth, Esq., of Phelps Dunbar, LLP, known counsel for the M/V FORTUNE WING and its interests for this matter by:

(   ) Hand Delivery          (   ) Prepaid U.S. Mail

(   ) Facsimile              (   ) Federal Express

( X ) E-mail

New Orleans, Louisiana this 3rd day of June, 2013.

>*/s/ Ezra L. Finkle*
>EZRA L. FINKLE

#1697172