UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM GRAIN RIVER SYSTEM, INC. AMERICAN RIVER TRANSPORTATION CO. AND ARCHER-DANIELS-MIDLAND CO.<br><br>Plaintiff<br><br>VERSUS<br><br>M/V FORTUNE WING, in rem<br><br>Defendant | * CIVIL ACTION NO.: 13-4685<br>*<br>*<br>* JUDGE: FELDMAN<br>*<br>* MAGISTRATE: KNOWLES<br>*<br>* SECTION: "F"(3)<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court having been informed that security has been provided in the above-captioned matter, it is hereby ordered that the Warrant of Arrest (Rec. Doc. No. 5); Order Granting the Motion for Writ of Attachment (Rec. Doc. No. 4), and; the Order Granting the Motion to Allow Movement within the District and Conduct Cargo Operations (Rec. Doc. No. 7) be and is hereby set aside.

New Orleans, Louisiana, this  4th   day of June, 2013.

_____
U.S. DISTRICT JUDGE

#1697255