UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM GRAIN RIVER SYSTEM, INC., AMERICAN RIVER TRANSPORTATION CO. AND ARCHER –DANIELS-MIDLAND CO. | CIVIL ACTION |
| | NO.  2:13-cv-04685 |
| **Plaintiffs** | SECTION "F" (3) |
| | JUDGE FELDMAN |
| VERSUS | MAGISTRATE KNOWLES |
| M/V FORTUNE WING, in rem | |
| **Defendant** | |

### *IN REM* CLAIM OF OWNER

NOW INTO COURT, through undersigned counsel, comes *in rem* claimant White Citron Shipping S.A., owner of M/V FORTUNE WING proceeded against in this action, appearing especially and restrictively pursuant to Rule E (8) of the Federal Rules of Civil Procedure Supplemental Admiralty Rules and not making a general appearance, reserving all defenses, particularly those as to jurisdiction and prays for restitution of the same and for leave to defend this action on behalf of M/V FORTUNE WING, *in rem*, in these proceedings.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   *s/ Michael M. Butterworth*
Michael M. Butterworth (#21265)
Raymond T. Waid (#31351)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534

PD.10370696.1

Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR *IN REM* CLAIMANT
WHITE CITRON SHIPPING S.A., OWNER OF
M/V FORTUNE WING

(Pursuant to Rule E(8) appearing specially, restrictively and not making a general appearance, and without waiving any defenses, especially as to jurisdiction)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of October, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*s/ Michael M. Butterworth*
Michael M. Butterworth (#21265)
Raymond T. Waid (#31351)